UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                              :
KJM SECURITIES, INC.,                                         :
                                    Plaintiff,                :     20 Civ. 9845 (LGS)
                                                              :
                -against-                                     :     ORDER
                                                              :
AEGEA CAPITAL MANAGEMENT LLC,                                 :
                                                              :
                                    Defendant.                :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on January 20, 2021, Defendant filed a pre-motion letter in anticipation of a motion to dismiss and a motion to stay (Dkt. No. 14), and on January 22, 2021, Plaintiff filed a responsive letter (Dkt. No. 15).

WHEREAS, an initial pre-trial and pre-motion conference was held on January 28, 2021. For the reasons stated at the conference, it is hereby

**ORDERED** that, by **February 4, 2021**, Plaintiff shall file any amended complaint. It is further

**ORDERED** that, as soon as possible, Plaintiff shall issue a subpoena to obtain, by **February 11, 2021**, relevant documents collected in *Eagle's View Capital Management LLC, et al., v. Aegea Capital Management LLC, et al.*, Case No. 652875/2020 (N.Y. Sup. Ct.). It is further

**ORDERED** that, the parties shall (1) retain a private mediator by **February 11, 2021**; (2) conduct their first mediation session by **March 5, 2021**; and (3) jointly file a letter apprising the Court as to the status of mediation and whether Defendant intends to file any motion to dismiss by **March 8, 2021**. It is further

**ORDERED** that, discovery as to Plaintiff's second claim, breach of the implied covenant of good faith and fair dealing, is **STAYED** pending the results of mediation and any related motion to dismiss. A Civil Case Management Plan and Scheduling Order will issue separately.

Dated: January 28, 2021
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE